always been held that the landlord has no such possession as will enable him to complain of a disseizin of his tenant, and, as his possession is not disturbed, the proposition will not avail him. The instruction complained of presented to the jury an incorrect view of the law pertaining to the right of the plaintiffs, without actual possession, to maintain this action, and for that reason the District Court should have reversed the judgment.

For not doing so, its judgment, and that of the Circuit Court is reversed and the cause remanded. The other judges concur.

---

THE INTERNATIONAL MUTUAL LIVE STOCK INSURANCE COMPANY, Appellant, *v.* FREDERICK LANG *et al.*, Respondents.

1. *Practice, Civil — Supreme Court — Failure to prosecute appeal —Judgment affirmed, when.*— Where respondent presents in the Supreme Court a perfect transcript of the record, and it appears therefrom that the appeal was taken more than thirty days before the commencement of the term, and that no steps have been taken to prosecute the appeal, the judgment of the lower court will, on motion, be affirmed. (See Gen. Stat. 1865, ch. 135, §§ 29, 46, and p. 890, § 17.)

*Appeal from St. Louis Circuit Court.*

*Mitchell & Smith,* for appellant.

*Jecko & Hospes,* for respondents.

WAGNER, Judge, delivered the opinion of the court.

The respondents now come into this court and present a perfect transcript of the record, and move for an affirmance of the judgment of the court below, on the ground that the appellant has failed to prosecute its appeal. It appears from the record that the appeal was taken on the 3d day of April, 1869, and there has been an utter failure to prosecute the same.

Let the motion be sustained and the judgment affirmed. The other judges concur.